**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**K.H. and J.H., as Parents and Next**                                              **PLAINTIFFS**
**Friends of A.H.**


**v.**                                    **Case No. 4:24-cv-01062-LPR**


**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT**                                                       **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED

that judgment is entered in favor of Plaintiffs on their claim for attorneys' fees and costs.  All other

claims in this case are dismissed.  The judgment in favor of Plaintiffs is for $27,493.79.

IT IS SO ADJUDGED this 30th day of March 2026.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE